JAMES R. STOUT
California State Bar: 179458
STOUT LAW FIRM, LLP
9841 Irvine Center Drive, Suite 210
Irvine, CA 92618
stoutlawfirmllp@gmail.com
949-664-1967
Self Represented

STOUT LAW FIRM, LLP. and JAMES RUSSELL STOUT, PLAINTIFFS

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| STOUT LAW FIRM, LLP., a California Limited Liability Partnership; and JAMES RUSSELL STOUT, an individual, | **Case No.: 8:24-cv-2801** |
| Plaintiffs, | **COMPLAINT FOR:**<br>**1. VIOLATION OF TRADE REGULATION RULE ON THE USE OF CONSUMER REVIEWS AND TESTIMONIALS (*16 CFR PART 465*);**<br>**2. LIBEL PER SE;**<br>**3. CIVIL CONSPIRACY; and**<br>**4. INJUNCTIVE RELIEF.** |
| v. | |
| CHARLOTTE TAULLI, an individual; SAM BIANCHI, an individual; JOSE M. CORRAL SALOMON, an individual; SABRINA CAPRIOLI, an individual; JESSICA STRANGE, an unknown entity; BRIANA M., an unknown entity; ES TA, an unknown entity; JADE B., an unknown entity; MARGARATE LAMP, an unknown entity; BRENDA SMITH, an unknown entity; KATHERINE M., an unknown entity; and DOES 1-50, inclusive, | |
| Defendants. | |

**COME NOW** Plaintiffs STOUT LAW FIRM, LLP. and JAMES RUSSELL STOUT

(collectively referred to hereinafter as "Plaintiff"), self represented, hereby complains, avers, and

alleges against Defendants CHARLOTTE TAULLI; SAM BIANCHI; JOSE M. CORRAL

SALOMON;  SABRINA CAPRIOLI; JESSICA STRANGE; BRIANA M.; ES TA; JADE B.;

MARGARATE LAMP; BRENDA SMITH; and  KATHERINE M. (collectively referred to

hereinafter as "Defendants") as follows:

COMPLAINT

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

# I.

## FACTUAL BACKGROUND

1. Code of Federal Regulations *16 CFR 465* makes **review bombing an illegal act** (effective 10/21/24). It bans "Fake or False Consumer Reviews" (*§465.2*). False reviews are defined, as statements made by someone who did not have actual experience with the service. (*§465.2(a)*). The Federal Trade Comission ("FTC") is athorized to impose fines of $51,744.00 per incident.

2. Here, Defendants, **who were never clients of Plaintiff**, posted negative reviews on Plaintiff's online Google business review web site to humilate Plaintiff and tarnish his reputation as a trial attorney. Those fake reviews reduced Plaintiff's Google review average rating from approximately 4.8 to 3.1 stars. Plaintiff requested that the Defendants remove the fake reviews- some Defendants did remove the reviews, and some did not.

3. Review bombing is a subset of cancel culture, and Defendant's designed this coordinated attack to chill Plaintiff's speech, and punish Plaintiff for his speech. Plaintiff is not affiliated with any political party or movement.

4. Over the past decade, Plaintiff earned a small social media presence which includes approximately 50,000 followers platform-wide. That includes TikTok: 21,900; Linkedin: 20,029; Facebook: 13,000 and small followings on Instagram and Youtube. Plaintiff creates and posts primarily 60 second video skits of satirical "real life" interactions between a trial attorney, the judge and witnesses. Those videos are designed to educate and entertain lawyers and the public. Plaintiff posted more than three-hundred (300) videos so far since he began posting videos during the middle of the Pandemic.

5. Also, under the username "Devil's Advocate", Plaintiff regularly comments on TikTok videos made by other creators. A few day after the November 2024 election results, several TikTok creators, under the guise of a South Korean originated social media trend called the "4b movement", posted TikTok videos depicting American women shaving their heads bald, and taking vows of celibacy, including "no men", and no giving birth. It was a fringe feminist protest against men who voted for president-elect Trump. Plaintiff made comments in the comment section of some of those videos arguing: 1) taking the vows of celibacy insults the 1970's Sexual Revolution feminist movement; and 2) American women swearing off all men would reduce competition for Filipina and Thai women seeking American husbands.

6. Rather than argue the points, the Defendants conspired together to post negative revenge reviews on Plaintiff's Google business website, for the purpose to cause harm to Plaintiff's reputation and brand, which it did.

7. **<u>Plaintiff did no harm to Defendants.</u>** There is no defense- they did it it for their own self-gratification.

8. Plaintiff requests the Court order: 1) Defendants immediately remove ALL the false reviews from the website; 2) Defendants are permanently enjoined from posting on Plaintiff's social media; and 3) Plaintiff is awarded joint and several damages against Defendants. The damages should include, but not be limited to, federal statutory damages of $51,744.00, and additional exemplary or punitive damages to send a message to the public that review bombing is illegal and is punishable under federal law.

/ / /

/ / /

COMPLAINT

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

## II.

## JURISDICTION AND VENUE

9.  This matter belongs in federal court under diversity jurisdiction because, based on information and belief, Plaintiff STOUT LAW FIRM, LLP.'s principal place of business is Orange County, California. The defendants, based on information and belief reside in different states.

10. Also, a federal question is presented in the Complaint, making federal court the proper jurisdiction.

11. The Defendants pursposelly availed themselves to California's jurisdiction when they created false reviews against Plaintiff  which has its principal place of business in California. The harm resulting from the Defendants creating false reviews would occurr primarily in California, where Plaintiff resides.

12. Venue is proper because Plaintiff's principal place of business is located in Orange County, California.

## III.

## PARTIES

13. At all times relevant herein, Plaintiff, JAMES RUSSELL STOUT was an active licensed Nevada and California attorney, who owns and operates STOUT LAW FIRM, LLP., a valid California corporation in good standing with its prinicipal place of business in Irvine, California.

14. Plaintiff is informed and believes and thereupon alleges that, at all times relevant herein, Defendant CHARLOTTE TAULLI ("Taulli"), an individual, is a resident of Las Vegas, Nevada.

COMPLAINT

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

15. Plaintiff is informed and believes and thereupon alleges that, at all times relevant herein, Defendant SAM BIANCHI ("Bianchi"), an individual, is a resident of an unknown state.

16. Plaintiff is informed and believes and thereupon alleges that, at all times relevant herein, Defendant JOSE M. CORRAL SALOMON ("Salomon"), an individual, is a resident of an unknown state.

17. Plaintiff is informed and believes and thereupon alleges that, at all times relevant herein, Defendant SABRINA CAPRIOLI ("Caprioli"), an individual, is a resident of an unknown state.

18. Plaintiff is informed and believes and thereupon alleges that, at all times relevant herein, Defendant JESSICA STRANGE ("Strange"), an unknown entity, is a resident of an unknown of a state.

19. Plaintiff is informed and believes and thereupon alleges that, at all times relevant herein, Defendant BRIANA M. ("Briana"), an unknown entity, is a resident of an unknown state.

20. Plaintiff is informed and believes and thereupon alleges that, at all times relevant herein, Defendant ES TA ("Es Ta"), an unknown entity, is a resident of an unknown state.

21. Plaintiff is informed and believes and thereupon alleges that, at all times relevant herein, Defendant JADE B. ("Jade"), an unknown entity, is a resident of an unknown state.

22. Plaintiff is informed and believes and thereupon alleges that, at all times relevant herein, Defendant MARGARATE LAMP ("Lamp"), an unknown entity, is a resident of an unknown state.

23. Plaintiff is informed and believes and thereupon alleges that, at all times relevant herein, Defendant BRENDA SMITH ("Smith"), an unknown entity, is a resident of an unknown state.

24. Plaintiff is informed and believes and thereupon alleges that, at all times relevant herein, Defendant KATHERINE M. ("Katherine"), an unknown entity, is a resident of an unknown state.

25. The true names and capacities, whether individual, corporate, associate or otherwise of the Defendants named herein as Does 1-50 are unknown to Plaintiff at this time, who therefore sues said Defendants by fictitious names and will ask leave of Court to amend this Complaint to show the true names and capacities said Defendants when the same is ascertained. Said Defendants are sued as principals and/or agents and all the acts perfomed by them were within the course and scope of their authority. Plaintiff is informed and thereupon believes that each of the Defendants are legally responsible in some manner and caused dmages to Plaintiff as alleged herein.

## IV.

## GENERAL FACTUAL ALLEGATIONS

26. On or about November 2024 Taulli posted a negative review on Plaintiff's Google business review page (attached hereto as **Exhibit "1"** is a true and correct screen shot of that review). Taulli had no contact with Plaintiff other than possibly through TikTok comments. There was never an attorney-client relationship.

27. On or about November 2024 Bianchi posted a negative review on Plaintiff's Google business review page (attached hereto as **Exhibit "2"** is a true and correct screen shot of that review). Bianchi had no contact with Plaintiff other than possibly through TikTok comments. There was never an attorney-client relationship.

28. On or about November 2024 Salomon, Strange, Briana and Ta posted a negative review on Plaintiff's Google business review page (attached hereto as **Exhibit "3"** is a true and

COMPLAINT

correct screen shot of that review). Salomon, Strange, Briana and Ta had no contact with Plaintiff other than possibly through TikTok comments. There was never an attorney-client relationship.

29. On or about November 2024 Jade B. and Lamp posted a negative review on Plaintiff's Google business review page (attached hereto as **Exhibit "4"** is a true and correct screen shot of that review). Salomon, Strange, Briana and Ta had no contact with Plaintiff other than possibly through TikTok comments. There was never an attorney-client relationship.

30. On or about November 2024 Caprioli posted a negative review on Plaintiff's Google business review page (attached hereto as **Exhibit "5"** is a true and correct screen shot of that review). Caprioli had no contact with Plaintiff other than possibly through TikTok comments. There was never an attorney-client relationship.

31. The aforementioned false reviews reduced Plaintiff's online reputation from approximately 4.8 to 3.1 stars, approximately a thirty-five percent (35%) reduction to Plaintiff's Google review reputation.

32. The reviews resulted in criticism, dishonor, and condemnation of Plaintiff.

33. Plaintiff was financially harmed by at least a nominal, one dollar U.S. ($1.00) as a result of those false reviews.

34. The false reviews included false statements regarding Plaintiff.

35. The false reviews were made with actual malice, oppression and fraud.

/ / /

/ / /

/ / /

/ / /

COMPLAINT

## V.

## FIRST CAUSE OF ACTION

## VIOLATION OF TRADE REGULATION RULE ON THE USE OF CONSUMER REVIEWS AND TESTIMONIALS (*16 CFR PART 465*)

### (As to all Defendants)

36. Plaintiff incorporates his allegations in the above paragraphs as if the same are fully set forth herein.

*37.* Plaintiff is requesting the Court permit Plaintiff to proceed with this action in conjunction with the FTC or as private right of action under *16 CFR Part 465.*

38. The Defendants posted the fake reviews notwithstanding the Defendants did not use or otherwise have experience with Plaintiff's legal practice, which was the subject of the fake reviews. Plaintiff did not provide the Defendants with any legal service.

39. Under §465.2(a) an individual whow writes or creates a view is liable for creating consumer reviews that are fake or false. Defendants wrote and created a consumer review on Plaintiff's Google business review website.

40. As a result of Defendants' actions, Plaintiff was damaged in excess of Seventy-Five Thousand Dollars ($75,000) as will be determined by proof introduced into evidence at trial. Plaintiff has incurred costs and is entitled to an award of attorney's fees and costs.

/ / /

/ / /

/ / /

/ / /

/ / /

COMPLAINT

## VI.

### SECOND CAUSE OF ACTION

### LIBEL PER SE

### (As to all Defendants)

41. Plaintiff incorporates his allegations in the above paragraphs as if the same are fully set forth herein.

42. Defendants made false and defamatory statements, and/or Defendants posted a one (1) star review. Some Defendants posted a screen shot from an unknown video. The Defendants had no experience with Plaintiff's business and thus, all the reviews are false and fake (See Exhibits 1-5 attached hereto).

43. The false reviews were published to the world.

44. People saw the false reviews and advised Plaintiff of the false reviews.

45. The false reviews would be highly offensive to a reasonable person.

46. The false reviews, whether a one star, text, or image, contained false facts that Plaintiff provided poor legal services, or was a bad attorney.

47. The false reviews contained defamatory and false facts.

48. Defendants intentionally made those false statements, and knew they were false at the time Defendants made them.

49. The fake reviews damaged Plaintiff's trade, business and profession. Damage is ongoing as some of the reviews have not been removed.

50. As a result of Defendants' actions, Plaintiff was damaged in excess of Seventy-Five Thousand Dollars ($75,000) as will be determined by proof introduced into evidence at trial. Plaintiff incurred costs and is entitled to an award of attorney's fees and costs.

COMPLAINT

# VII.

## THIRD CAUSE OF ACTION

## CIVIL CONSPIRACY

**(As to all Defendants)**

51. Plaintiff incorporates his allegations in the above paragraphs as if the same are fully set forth herein.

52. Plaintiff is informed and believes that Defendants acted in concert to review bomb Plaintiff.

53. Plaintiff is informed and believes that Defendants communicated, impliedly or expressly, and coordinated, with each other to post revenge reviews against Plaintiff.

54. Plaintiff is informed and believes that each Defendant was aware that at least another Defendant planned to post bad reviews about Plaintiff on his Google business review website; and that each Defendant agreed with at least one other Defendant and intended to post bad reviews.

55. Each Defendant should be held liable for the acts of each other Defendant.

56. As a result of Defendants' actions, Plaintiff was damaged in excess of Seventy-Five Thousand Dollars ($75,000) as will be determined by proof introduced into evidence at trial. Plaintiff has incurred costs and is entitled to an award of attorney's fees and costs.

/ / /

/ / /

/ / /

/ / /

/ / /

COMPLAINT

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

## VIII.

## FOURTH CAUSE OF ACTION

## INJUNCTIVE RELIEF

### (As to all Defendants)

57. Plaintiff incorporates his allegations in the above paragraphs as if the same are fully set forth herein.

58. As of the date of the filing of this Complaint, some of the false reviews remain fully posted, and as such, the harm to Plaintiff is continuous.

59. The Court should order and enjoin Defendants and each of them to remove ALL the false reviews. The injunction should include each Defendant to be responsible for removing ALL false reviews.

60. Plaintiff is informed and believes, that some of the false reviews were created by another Defendant and are fake Google reviewer accounts.

61. The Court should order and enjoin Defendants from further posting on Plaintiff's social media, either directly, indirectly or by proxy.

62. As a result of Defendants' actions, Plaintiff was damaged in excess of Seventy-Five Thousand Dollars ($75,000) as will be determined by proof introduced into evidence at trial. Plaintiff has incurred costs and is entitled to an award of attorney's fees and costs.

## IX.

## DEMAND FOR JURY TRIAL

63. Plaintiff demands a jury trial on all issues.

/ / /

/ / /

COMPLAINT

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

## X.

## PRAYER FOR RELIEF

    64. Plaintiff prays for the following relief:

1.       For nominal damages of one dollar U.S. ($1.00);

2.       For joint and several damages, including actual, compensatory and punitive damages in excess of $1,000,000;

3.       For interest at the statutory rate;

4.       For an injunction against Defendants; and

4.       For such other and further relief as the court deems just and proper.

DATED: 12/28/24

*/ s / James R. Stout*
JAMES R. STOUT

EXHIBIT "1"





Map data ©2024 Google    20 mi ┗━━━━┛



**Charlotte Taulli**

4 contributions >

Reviews                    Photos

2 reviews

G  stout law firm                                                                    ✕  🎤  📷  🔍

All    Images    Maps    News    Videos    Shopping    Forums    ⋮ More                              Tools



**Your business on Google**                           Profile Strength ⭘
355 customer interactions                              Complete Info                      ⋮

📝 Edit profile    📋 Read reviews    🖼 Photos    📈 Performance    ↗ Advertise    📦 Edit products

📅 Edit services    🗓 Bookings    💬 Q & A    📋 Add update    ↗ Ask for revie…

| Unlock insights at no cost | 2 new reviews | Get custom email |
|---|---|---|
| Set up Google Analytics to see how customers engage with your site/app | Read the latest feedback from your customers | Set up business email @your-business.com with Google Workspace |

Only managers of this profile can see this

---

🛑 Yelp
https://www.yelp.com › ... › Divorce & Family Law   ⋮

**Stout Law Firm - Irvine, CA - Yelp**
STOUT LAW FIRM, 9841 Irvine Center Dr, Ste 210, Irvine, CA 92618, 44 Photos, Mon - 8:00 am - 6:00 pm, Tue - 8:00 am - 6:00 pm, Wed - 8:00 am - 6:00 pm, ...
3.4 ★★★★ (5)

elderlawirvine.com
https://elderlawirvine.com   ⋮

**9841 Irvine Center Drive, Suite 210, Irvine CA 92618 ...**
ORANGE COUNTY CALIFORNIA. ATTORNEY JAMES STOUT. 9841 Irvine Center Drive, Suite 210, Irvine CA 92618. 949-664-1967 JSTOUT@JSTOUTLAW.COM.

f  Facebook · Stout Law Firm
2.3K+ followers                      ⋮

**Stout Law Firm**
Stout Law Firm, Irvine, California. 502 likes · 14 were here. Attorney James R. Stout passed three bar exams and has 25 years of experience.
5.0 ★★★★★ (1)

in  LinkedIn · James Stout
19.9K+ followers                     ⋮

**James Stout - Stout Law Firm**
Irvine, California, United States · Stout Law Firm
Trial Lawyer with 28 years of litigation experience. Jim Stout passed three bar exams! Articles by James Stout Law Firm Elder Abuse

---



Add photos

## STOUT LAW FIRM

[ Website ]  [ Directions ]  [ ♥ Saved (2) ]  [ Call ]

3.2 ★★★★ 30 Google reviews
Law firm in Irvine, California

✅ You manage this Business Profile ⓘ

**Address:** 9841 Irvine Center Dr Ste 210, Irvine, CA 92…
**Hours:** Closed · Opens 9 AM Sun ▾
**Phone:** (949) 664-1967

Edit your business information

**Questions & answers**
See all questions (3)

**Saved in your lists**

⭐ Favorites

⭐ Starred places

📲 Send to your phone

**Reviews from the web**

5/5  Facebook · 1 vote

**Reviews** ⓘ                    [ Get more reviews ]

T  "Jim's **experience** and expertise gave me the p was seeking."
★★★★★

"James Stout is very knowledge about **Family L** a lot of **experience**."
★★★★★

"I would recommend him to anyone who needs **help**."
★★★★★

👤 A Google User  ·  Edit
★★★★★ 4 years ago

View all Google reviews

**From STOUT LAW FIRM**

"Irvine Law Firm Family Law"

EXHIBIT "2"





Map data ©2024 Google, INEGI     100 mi



**Sam Bianchi**

Local Guide · Level 3

**194 points** ›

75                                                              250

**Reviews**                    **Photos**

10 reviews · 3 ratings

EXHIBIT "3"



EXHIBIT "4"



EXHIBIT "5"

12/22/24, 2:40 PM
Case 8:24-cv-02801    Document 2    Filed 12/28/24    Page 25 of 25    Page ID #:50
stout law firm - Google Search

